EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re Application of** : | |
| **Alpine Partners (BVI) L.P.** : | Case No. 2:23-mc-00023 |
| : | |
| *Petitioner.* : | Judge Sarah D. Morrison |
| : | Magistrate Judge Chelsey M. Vascura |
| : | |
| : | **DECLARATION OF** |
| : | **VIVEK RAMASWAMY** |

I, VIVEK RAMASWAMY, declare as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I am a U.S. citizen and a resident of the State of Ohio.

3. My statements made in this declaration are pursuant to my personal knowledge and are accurate to the best of my knowledge, information, and belief.

4. From December 2019 to early 2023, I was on the board of directors of Sumitovant Biopharma Ltd.

5. From May 2014 to February 2023, I was on the board of directors and chair of Roivant Sciences Ltd. Roivant Sciences Ltd. previously owned a stake in Myovant Sciences Ltd., which it sold to Sumitovant Biopharma Ltd. in 2019, except that Roivant retained a share return right in respect of approximately 5% of Myovant's outstanding shares (the "Share Return Right").

6. From September 2016 to December 2019, I was on the board of directors of Myovant Sciences Ltd.

7. Because of the Share Return Right that Roivant Sciences Ltd. maintained in Myovant Sciences Ltd., I was recused from all discussions, considerations, and voting on the merger between Sumitovant Biopharma Ltd. and Myovant Sciences Ltd.

18737564v1

8. Similarly, I have no recollection of having any discussions related to the substance of the merger between Sumitovant Biopharma Ltd. and Myovant Science Ltd.

9. Furthermore, to the extent I may have any documents or communications that are material to the underlying Appraisal Proceeding in the Bermuda Court (which, to the best of my knowledge, I do not have), I have no material document or communication in my control regarding this transaction that cannot otherwise be found in Sumitovant Biopharma Ltd. or Myovant Sciences Ltd.'s systems.

10. As a candidate for President of the United States, I must frequently travel across the United States to campaign, make speeches, give media interviews, and meet with voters. Consequently, I am often away from home, and when I am home it is often not until late in the evening after a full campaign day.

11. The subpoena request and resulting discovery would therefore constitute an undue burden and will materially affect my ability to run for higher office.

12. This problem is exacerbated by the fact that I do not believe I have any material knowledge of the transaction that is the basis of the underlying Appraisal Proceeding in the Bermuda Court.

Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2023.

*/s/ Vivek Ramaswamy*
Vivek Ramaswamy

18737564v1